| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Undev. Real Estate: Henry Cty, GA | | None | K | W | | | | | |
| 2. Real Estate: Atlanta, GA (Parcel 3: WW) | | None | M | W | | | | | |
| 3. Real Estate: Atlanta, GA (Parcel 2: WW) | | None | M | W | | | | | |
| 4. Real Estate: Atlanta, GA (Parcel 1: WW) | | None | P1 | W | | | | | |
| 5. MERRILL LYNCH ACCT (with following) (H): | | | | | | | | | |
| 6. -CASH EQUIVALENT ACCOUNTS (H): | | | | | | | | | |
| 7. -ML Bank Deposit Program (Cash Acct) | A | Interest | K | T | | | | | |
| 8. -Preferred Deposit (Cash Acct) | A | Interest | J | T | | | | | |
| 9. -BMO Harris Bank (CD) | A | Interest | | | Redeemed | 04/20/18 | M | A | |
| 10. -Ally Bank (CD) | A | Interest | | | Redeemed | 04/23/18 | M | A | |
| 11. -Capital One Bank USA NA (CD) | B | Interest | L | T | | | | | |
| 12. -Morgan Stanley Bank (CD) | C | Interest | M | T | Buy | 05/09/18 | M | | |
| 13. MERRILL LYNCH-IRA ACCT (with following) (H): | | | | | | | | | |
| 14. -Bank of America (Cash Acct) | A | Interest | L | T | | | | | |
| 15. -ZB NA (CD) | A | Interest | | | Redeemed | 12/18/18 | K | A | |
| 16. -MUTUAL FUNDS (H): | | | | | | | | | |
| 17. -Altegris Managed Futures (MFTIX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br><br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>O =$500,001 - $1,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P1 =$1,000,001 - $5,000,000<br><br>T =Cash Market | E =$15,001 - $50,000<br><br>P2 =$5,000,001 - $25,000,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.    -AQR Diversified (ADAIX) | A | Dividend | J | T | | | | | |
| 19.    -Arbitrage Funds (ARBNX) | A | Int./Div. | J | T | | | | | |
| 20.    -Blackrock Global (BGCIX) | A | Dividend | J | T | | | | | |
| 21.    -Driehaus Emerging Mkts (DRESX) | | None | J | T | | | | | |
| 22.    -Driehaus Active Income Fund (LCMAX) | A | Dividend | J | T | | | | | |
| 23.    -First Eagle Gold Mutual Fund | | None | K | T | | | | | |
| 24.    -Gotham Absolute Return (GARIX) | | None | J | T | | | | | |
| 25.    -JP Morgan Strategic (JSOSX) | A | Dividend | J | T | | | | | |
| 26.    -Marketfield Fund (MFLDX) | | None | | | Sold | 07/02/18 | J | A | |
| 27.    -Neuberger Berman Long (NLSIX) | A | Dividend | J | T | | | | | |
| 28.    -Pimco All Asset (PAUPX) | A | Dividend | J | T | | | | | |
| 29.    -VanGuard Intermediate Term Bond | A | Int./Div. | K | T | | | | | |
| 30.    -VanGuard Short Term Bond | A | Int./Div. | K | T | | | | | |
| 31.    -Wells Fargo Adv Absolute (WABIX) | A | Dividend | J | T | | | | | |
| 32.    -STOCKS (H): | | | | | | | | | |
| 33.    -Adobe (ADBE) | | None | J | T | | | | | |
| 34.    -Align Tech Inc. Del Com (ALGN) | | None | J | T | Buy | 05/09/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Affiliated Managers Grp (AMG) | A | Dividend | J | T | | | | | |
| 36. -Alphabet (GOOG) | | None | J | T | | | | | |
| 37. -Alphabet (GOOGL) | | None | J | T | | | | | |
| 38. -Amazon.com (AMZN) | | None | J | T | | | | | |
| 39. -Anadarko Pete Corp (APC) | A | Dividend | J | T | | | | | |
| 40. -Apergy Corp (APY) | | None | J | T | Spinoff (from line 47) | 05/11/18 | J | | |
| 41. -Apple Inc (AAPL) | A | Dividend | J | T | | | | | |
| 42. -Autozone (AZO) | | None | J | T | | | | | |
| 43. -Broadcom Ltd (AVGO) | A | Dividend | J | T | | | | | |
| 44. -Celgene Corp (CELG) | | None | | | Sold | 05/11/18 | J | A | |
| 45. -Costco Wholesale (COST) | A | Dividend | J | T | | | | | |
| 46. -Danaher Corp (DHR) | A | Dividend | J | T | | | | | |
| 47. -Dover (DOV) | A | Dividend | J | T | | | | | |
| 48. -Facebook (FB) | | None | J | T | | | | | |
| 49. -FedEx Corp (FDX) | A | Dividend | J | T | | | | | |
| 50. -Garrett Motion (GTX) | | None | J | T | Spinoff (from line 52) | 10/03/18 | J | | |
| 51. -Genl Dynamics Corp (GD) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Honeywell Intl Inc (HON) | A | Dividend | J | T | | | | | |
| 53. -Intuitive Surgical Inc (ISRG) | | None | J | T | Buy | 05/09/18 | J | | |
| 54. -Pioneer Natural Res (PXD) | A | Dividend | J | T | | | | | |
| 55. -Resideo Tech Inc (REZI) | A | Dividend | J | T | Spinoff (from line 52) | 10/31/18 | J | | |
| 56. -Salesforce.com (CRM) | | None | J | T | | | | | |
| 57. -Shire PLC-ADR (SHPG) | A | Dividend | | | Sold | 05/11/18 | J | A | |
| 58. -Thermo Fisher Scientific (TMO) | A | Dividend | J | T | | | | | |
| 59. -TJX COS Inc New (TJX) | A | Dividend | J | T | | | | | |
| 60. -Union Pacific Corp (UNP) | A | Dividend | J | T | | | | | |
| 61. -Zimmer Biomet Holdings (ZBH) | A | Dividend | J | T | | | | | |
| 62. -Zoetis Inc (ZTS) | A | Dividend | J | T | | | | | |
| 63. MERRILL LYNCH-ACCT #2 (with following) (H): | | | | | | | | | |
| 64. CDs/CASH EQUIVALENT ACCOUNTS (H): | | | | | | | | | |
| 65. -ML Bank Deposit Program (Cash Account) | A | Interest | K | T | | | | | |
| 66. -Preferred Deposit (Cash Account) | A | Interest | L | T | | | | | |
| 67. -Bank Hapoalim (CD) | A | Interest | | | Redeemed | 09/05/18 | K | | |
| 68. -BMW BK NA (CD) | B | Interest | | | Redeemed | 09/20/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | HULL, FRANK M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -BMW BK NA (CD) | C | Interest | | | Redeemed | 08/09/18 | M | | |
| 70. -Farmers & Merchants Bank (CD) | A | Interest | L | T | Buy | 09/21/18 | L | | |
| 71. -First General Bank (CD) | B | Interest | M | T | Buy | 08/03/18 | M | | |
| 72. -Sallie Mae Bank (CD) | C | Interest | M | T | | | | | |
| 73. -State Bank of India (CD) | | None | M | T | Buy | 08/03/18 | M | | |
| 74. -US Trsy Inflation Note | B | Interest | | | Redeemed | 07/15/18 | M | A | |
| 75. -Wells Fargo Bk (CD) | B | Interest | | | Redeemed | 08/03/18 | M | | |
| 76. -STOCKS (H): | | | | | | | | | |
| 77. -ABBVIE Inc (ABBV) | A | Dividend | K | T | | | | | |
| 78. -AMN Elec Power Co (AEP) | A | Dividend | J | T | | | | | |
| 79. -Anadarko Pete Corp (APC) | A | Dividend | J | T | | | | | |
| 80. -Astrazeneca Plc (AZN) | A | Dividend | K | T | | | | | |
| 81. -AT&T Inc (T) | A | Dividend | J | T | | | | | |
| 82. -Automatic Data Proc (ADP) | A | Dividend | K | T | | | | | |
| 83. -Biogen (BIIB) | | None | L | T | | | | | |
| 84. -CenturyLink Inc (CTL) | A | Dividend | J | T | | | | | |
| 85. -Coca-Cola Co (KO) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C<br>Gross value at end<br>of reporting period<br>(1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D<br>Transactions during reporting period<br>(1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Crown Castle Reit Inc (CCI) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 87. -Digital Realty (DLR) | A | Dividend | K | T | | | | | |
| 88. -Dominion Energy Inc (D) | A | Dividend | | | Sold | 05/11/18 | J | | |
| 89. -DowDuPont Inc (DWDP) | A | Dividend | J | T | | | | | |
| 90. -Enbridge Inc (ENB) | A | Dividend | J | T | | | | | |
| 91. -General Electric (GE) | A | Dividend | | | Sold | 05/11/18 | J | | |
| 92. -General Motors (GM) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 93. -Hess Corp (HES) | A | Dividend | J | T | | | | | |
| 94. -Illinois Tool Works (ITW) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 95. -Intel Corp (INTC) | A | Dividend | K | T | | | | | |
| 96. -JP Morgan Chase (JPM) | A | Dividend | K | T | | | | | |
| 97. -Kimberly Clark (KMB) | A | Dividend | J | T | | | | | |
| 98. -Kraft Heinz Co (KHC) | A | Dividend | J | T | | | | | |
| 99. -Lockheed Martin Corp (LMT) | A | Dividend | K | T | | | | | |
| 100. -McDonalds Corp (MCD) | A | Dividend | K | T | | | | | |
| 101. -Merck and Co (MRK) | A | Dividend | J | T | | | | | |
| 102. -Nextera Energy (NEE) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 103. -Occidental Pete Corp (OXY) | A | Dividend | J | T | | | | | |
| 104. -Paccar Inc (PCAR) | A | Dividend | J | T | | | | | |
| 105. -PPL Corp (PPL) | A | Dividend | J | T | | | | | |
| 106. -Procter & Gamble Co (PG) | A | Dividend | | | Sold | 05/11/18 | J | | |
| 107. -Schlumberger Ltd (SLB) | A | Dividend | J | T | | | | | |
| 108. -Sysco Corp (SYY) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 109. -Thomson Reuters Corp (TRI) | A | Dividend | | | Sold | 05/11/18 | J | A | |
| 110. -Toronto Dominion Bank (TD) | A | Dividend | J | T | | | | | |
| 111. -Ventas Inc (VTR) | A | Dividend | | | Sold | 05/11/18 | J | | |
| 112. -Verizon Communications (VZ) | A | Dividend | J | T | | | | | |
| 113. -Vodafone Group (VOD) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 114. MERRILL LYNCH-IRA ACCT (with following) holdings) (H): | | | | | | | | | |
| 115. -CDs/CASH EQUIVALENT ACCTS (H): | | | | | | | | | |
| 116. -Bank of America (Cash Acct) | A | Interest | M | T | | | | | |
| 117. -US Trsy Inflation Note | A | Interest | | | Redeemed | 01/16/18 | L | C | |
| 118. -GNM | A | Interest | J | T | | | | | |
| 119. -CD Ally Bank | C | Interest | M | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -CD Capital One BK | C | Interest | M | T | | | | | |
| 121.  -CD SAFRA Nat'l | C | Interest | | | Redeemed | 09/18/18 | M | | |
| 122.  -CD Discover Bank | B | Interest | | | Redeemed | 08/31/18 | M | A | |
| 123.  -CD Discover Bank | B | Interest | L | T | | | | | |
| 124.  -CD Sallie Mae Bk | C | Interest | M | T | | | | | |
| 125.  -CD Farmers & Merchs Bk W | B | Interest | M | T | Buy | 09/20/18 | M | | |
| 126.  -DN JP Morgan Chase Bank NA | | None | M | T | Buy | 09/21/18 | M | | |
| 127.  -CORP BONDS (H): | | | | | | | | | |
| 128.  -Berkshire Hathaway Fin | A | Interest | | | Redeemed | 05/15/18 | K | | |
| 129.  -Oracle Corp | A | Interest | | | Redeemed | 04/16/18 | K | | |
| 130.  -MUTUAL/INDEX FUNDS (H): | | | | | | | | | |
| 131.  -Calamos Market Neutral Fund (CMNIX) | D | Int./Div. | M | T | | | | | |
| 132.  -iShares MSCI CDA Index Fund (EWC) | A | Dividend | K | T | | | | | |
| 133.  -iShares MSCI Germany Index Fund (EWG) | A | Dividend | K | T | | | | | |
| 134.  -iShares Trust S&P Midcap 400 Index Fund (IJH) | B | Dividend | M | T | | | | | |
| 135.  -iShares S&P SmallCap 600 Index Fund (IJR) | B | Dividend | M | T | | | | | |
| 136.  -iShares NASDAQ BioTech Index Fund (IBB) | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -iShares MSCI EAFE Index Fund (EFA) | C | Dividend | M | T | | | | | |
| 138. -iShares S&P Global Infrastr (IGF) | B | Dividend | K | T | | | | | |
| 139. -SPDR DJ Global Titans (DGT) | A | Dividend | K | T | | | | | |
| 140. -VanGuard Information Tech ETF (VGT) | A | Dividend | K | T | | | | | |
| 141. -VanGuard MSCI Emerging Mrkts ETF (VWO) | B | Dividend | K | T | | | | | |
| 142. -STOCKS (H): | | | | | | | | | |
| 143. -Abbott Labs (ABT) | A | Dividend | L | T | | | | | |
| 144. -Advansix Inc (ASIX) | | None | J | T | | | | | |
| 145. -American Wtr Wks Co (AWK) | B | Dividend | L | T | | | | | |
| 146. -Automatic Data Proc (ADP) | B | Dividend | L | T | | | | | |
| 147. -Baker Hughes (BHGE) | A | Dividend | J | T | | | | | |
| 148. -Blackrock (BLK) | B | Dividend | K | T | | | | | |
| 149. -Chubb Ltd (CB) | B | Dividend | L | T | Buy (add'l) | 05/11/18 | K | | |
| 150. -CitiGroup Inc (C) | B | Dividend | K | T | | | | | |
| 151. -Comcast Corp (CMCSA) | A | Dividend | K | T | | | | | |
| 152. -Costco Wholesale (COST) | A | Dividend | L | T | | | | | |
| 153. -CVS Health Corp (CVS) | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Danaher Corp (DHR) | A | Dividend | K | T | | | | | |
| 155. -Devon Energy Corp (DVN) | A | Dividend | | | Sold | 05/11/18 | K | | |
| 156. -Diageo Plc Spsd (DEO) | B | Dividend | K | T | | | | | |
| 157. -Dominion Energy Inc (D) | A | Dividend | | | Sold | 05/11/18 | K | B | |
| 158. -Ecolab Inc (ECL) | A | Dividend | K | T | | | | | |
| 159. -Emerson Elec (EMR) | A | Dividend | K | T | | | | | |
| 160. -Enbridge Inc (ENB) | B | Dividend | K | T | | | | | |
| 161. -FedEx Corp Delaware (FDX) | A | Dividend | K | T | | | | | |
| 162. -Garrett Motion Inc (GTX) | | None | J | T | Spinoff (from line 164) | 10/03/18 | J | | |
| 163. -Hess Corp (HES) | A | Dividend | K | T | | | | | |
| 164. -Honeywell Intl (HON) | B | Dividend | L | T | | | | | |
| 165. -Johnson and Johnson (JNJ) | B | Dividend | L | T | | | | | |
| 166. -Lockheed Martin Corp (LMT) | B | Dividend | K | T | | | | | |
| 167. -McDonalds Corp (MCD) | B | Dividend | L | T | | | | | |
| 168. -Microsoft Corp (MSFT) | A | Dividend | K | T | | | | | |
| 169. -NextEra Energy (NEE) | A | Dividend | K | T | | | | | |
| 170. -Oracle Corp (ORCL) | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Price T Rowe Group (TROW) | A | Dividend | | | Sold | 05/11/18 | K | E | |
| 172.  -Resideo Tech Inc. (REZI) | | | J | T | Spinoff (from line 164) | 10/31/18 | J | | |
| 173.  -Schlumberger Ltd (SLB) | A | Dividend | K | T | | | | | |
| 174.  -Texas Inst (TXN) | B | Dividend | K | T | | | | | |
| 175.  -Thermo Fisher Scientific (TMO) | A | Dividend | L | T | | | | | |
| 176.  -Tiffany & Co (TIF) | A | Dividend | K | T | | | | | |
| 177.  -Total S.A. (TOT) | A | Dividend | K | T | Buy | 05/11/18 | K | | |
| 178.  -Union Pacific Corp (UNP) | B | Dividend | L | T | | | | | |
| 179.  -Verizon (VZ) | C | Dividend | L | T | | | | | |
| 180.  -VISA (V) | A | Dividend | L | T | | | | | |
| 181.  MERRILL LYNCH CMA Account | | | | | | | | | |
| 182.  --Bank of America N.A. (Cash account) | A | Interest | J | T | | | | | |
| 183.  - ▓▓▓▓ . (D-2 Preferred stock) | | None | L | T | Buy | 06/04/18 | L | | |
| 184.  Real Estate: Ltd Partner, Peachtree So Ltd, Atlanta, GA | A | Int./Div. | J | W | | | | | |
| 185.  Real Estate: Ltd Partner, 179 Whitehall, Atlanta, GA | A | Int./Div. | K | W | | | | | |
| 186.  Real Estate: Atlanta, GA (KP) | E | Rent | M | W | | | | | |
| 187.  Real Estate: Atlanta, GA (50% GP) ($264,350) | | None | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.   Real Estate: Highlands, NC | | None | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HULL, FRANK M.** | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ FRANK M. HULL

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544